UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 22 AM 9: 59
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '08 MJ 2229 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| Gary Eugene CALLAHAN | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **July 20, 2008**, within the Southern District of California, defendant **Gary Eugene CALLAHAN**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an aliens, namely, **Nedel ROJO-Rojo, Armando AGUIRRE-Lopez and Erica ORTIZ-Laguna**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND DAY OF **JULY, 2008**.

UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

The complainant states that **Nedel ROJO-Rojo, Armando AGUIRRE-Lopez and Erica ORTIZ-Laguna** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 20, 2008, at approximately 2214 hours, **Gary Eugene CALLAHAN (Defendant)** made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry vehicle lanes. Defendant was the driver of a Silver Toyota Tundra. Upon inspection before a U.S. Customs and Border Protection (CBP) Officer, Defendant made a negative customs declarations and presented a California Birth Certificate and a California Drivers License bearing his photograph and the name of Emanuel Hector Grijalva. Upon inspection of vehicle CBP Officer saw several persons concealed in the rear cab area concealed under a black cloth. CBP Officer requested assistance from CBP Officers in escorting the vehicle and occupants into secondary inspection.

In secondary, eight subjects were removed from the rear cargo area of vehicle and determined to being Mexican citizens with no entitlements to enter, pass-through, or reside in the United States. Three of the eight aliens discovered concealed in the cargo area were retained as material witnesses. They now are identified as **Nedel ROJO-Rojo (MW1), Armando AGUIRRE-Lopez (MW2) and Erica ORTIZ-Laguna (MW3).**

During a videotaped interview, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted that he was smuggling the undocumented aliens into the United States in exchange for $1,500 USD. Defendant stated he was smuggling the undocumented aliens because he needed the money to provide for his two minor children that live with his ex-wife in Meza, Arizona. Defendant admitted he made the arrangements with a male in Tijuana, Mexico to drive the vehicle and smuggle the undocumented aliens into the United States. Defendant admitted he intended to deliver the vehicle and aliens to unknown location. Defendant stated he knew alien smuggling and presenting documents that were not legally issued to him was illegal. Defendant stated he was given the California Birth Certificate and California Drivers license to present to the CBP Officer.

During a separate videotaped interview, all three material witnesses declared to be citizens of Mexico with no legal rights or entitlements to enter the United States. Material Witnesses stated they were going to pay between $2,000 to $3,500 USD to be smuggled into the United States. Material Witnesses stated they made their own smuggling arrangements. MW1 stated he was to travel to Palm Dessert to seek employment and residency. MW2 and MW3 stated they were to travel to California where they were to seek employment and residency.