MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Gary Eugene Callahan__        No. __08mj2229__

The Court finds excludable delay, under the section indicated by check ( ✓ ),

commenced on __7-28-08__ and ended on _____ ; ( )
                                 and ended on __8-1-08__ . ( X M )

| | 3161(h) | |
|---|---|---|
| ___ | (1)(A) | Exam or hrg for **mental or physical incapacity** |
| ___ | (1)(B) | **NARA exam**ination (28:2902) |
| ___ | (1)(D) | State or Federal trials or **other charges pending** |
| ___ | (1)(E) | **Interlocutory appeals** |
| ___ | (1)(F) | **Pretrial motions** (from flg to hrg or other prompt dispo) |
| ___ | (1)(G) | **Transfers from other district** (per FRCrP 20, 21 & 40) |
| ___ | (1)(J) | **Proceedings under advisement** not to exceed thirty days |
| ___ |  | Misc proc: Parole or prob rev, deportation, **extradition** |
| ___ | (1)(H) | **Transportation** from another district or to/from examination or hospitalization in ten days or less |
| ___ | (1)(I) | Consideration by Court of **proposed plea agreement** |
| ___ | (2) | **Prosecution deferred** by mutual agreement |
| X | (3)(A)(B) | **Unavailability of defendant** or **essential witness** |
| ___ | (4) | Period of **mental or physical incompetence** of defendant to stand trial |
| ___ | (5) | Period of **NARA commitment or treatment** |
| ___ | (6) | **Superseding indictment and/or new charges** |
| ___ | (7) | **Defendant awaiting trial of co-defendant** when no severance has been granted |
| ___ | (8)(A)(B) | **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance |
| ___ | (8)(B)(I) | 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)** 2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)** |
| ___ | (8)(B)(ii) | 2) **Case** unusual or **complex** |
| ___ | (8)(B)(iii) | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days |
| ___ | (8)(B)(iv) | 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)** |
| ___ | 3161(I) | Time up to **withdrawal of guilty plea** |
| ___ | 3161(b) | **Grand jury indictment time extended** thirty (30) more days |

Date __7/28/08__                    _____
                                      Judge's Initials

(right margin key: A B C D E F G H 6 7 I M N O P R T T1 T2 T3 T4 U W)