UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff          )<br>                                      )<br>                                      )<br>vs.                                )<br>                                      )<br>Gary Eugene Callahan  )<br>                                      )<br>         Defendant(s)       )<br>_____ ) | CRIMINAL NO. 08mj2229<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Nedel Rojo-Rojo

DATED: 7/31/08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
           DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by   Rhea Rhne

Deputy Clerk

R. Rhone