✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
| Date | /s/ ERICK L. GUZMAN |
|  | Signature |
|  |  |
|  | Print Name                           Bar Number |
|  |  |
|  | Address |
|  |  |
|  | City             State             Zip Code |
|  |  |
|  | Phone Number                        Fax Number |

1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Gary Eugene Callahan

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,         )  Case No. 08MJ2229
                                       )
12 |          Plaintiff,                )
                                       )
13 | v.                                 )  **CERTIFICATE OF SERVICE**
                                       )
14 | GARY EUGENE CALLAHAN,              )
                                       )
15 |          Defendant.                )
   |_____    )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          Ciro Hernandez
                   cirolaw@aol.com,karmingia@aol.com; and
20
                          U.S. Attorney CR
21                    Efile.dkt.gc2@usdoj.gov

22                                  Respectfully submitted,

23

24 DATED:    August 5, 2008           /s/ Erick L. Guzman
                                      **ERICK L. GUZMAN**
25                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Gary Eugene Callahan
26

27

28